UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL FOUST,

        Plaintiff,

    v.

WARDEN,

        Defendant.

Case No. 20-cv-08795-EMC

**ORDER OF TRANSFER**

Plaintiff, an inmate at California Medical Facility in Vacaville, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at that prison, which is located in Solano County. Solano County is within the venue of the Eastern District of California. The lone defendant works at that prison in Solano County and apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: February 17, 2021

_____
EDWARD M. CHEN
United States District Judge