**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL FOUST,<br><br>           Plaintiff,<br><br>      v.<br><br>WARDEN,<br><br>           Defendant. | No. 2:21-CV-0312-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 7. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated:  March 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1