IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>        Defendant. | No. 2:21-CV-0312-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's second amended complaint. ECF No. 30 (misdocketed as "First Amended Prisoner Civil Rights Complaint").

The Court granted Plaintiff an extension of time to file an amended complaint. See ECF No. 29. Plaintiff's second amended complaint is defective in that Plaintiff does not establish jurisdiction, identify the parties, or describe his claims. See ECF No. 30. However, the Court will allow Plaintiff to refile a second amended complaint to cure these defects.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send Plaintiff a "civil rights complaint by a prisoner" form; and

2. Plaintiff shall refile a second amended complaint within 30 days of this order using the "civil rights complaint by a prisoner" form.

Dated: December 10, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE