IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:21-CV-0312-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 33, which the Court construes as a motion for a video conference. In his motion, Plaintiff asks the Court to initiate an ex parte video conference to discuss alleged interference with his mail. Plaintiff's motion is denied because the underlying issue of alleged interference with Plaintiff's mail is not currently before the Court on proper motion. Plaintiff's motion is also denied because Eastern District of California local rules provide that motions in prisoner cases be submitted on the papers without oral argument. Finally, Plaintiff's motion is denied to the extent he seeks ex parte

/ / /

/ / /

/ / /

/ / /

1

1 | communication with the Court.
2 |         IT IS SO ORDERED.
4 | Dated: January 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE