# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:21-CV-0312-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 35, for an extension of time to file a second amended complaint consistent with the Court's April 13, 2021, and October 8, 2021, orders, ECF Nos. 20 and 29. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff shall file a second amended complaint within 30 days of the date of this order. Plaintiff is cautioned that failure to do so within the time provided will result in dismissal of this action without issuance of further findings and recommendations. See ECF No. 29. The Clerk of the Court is directed to forward to Plaintiff a copy of the court's form prisoner civil rights

/ / /

/ / /

/ / /

/ / /

complaint along with a copy of this order

IT IS SO ORDERED.

Dated: January 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE