IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>      Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>      Defendant. | No. 2:21-CV-0312-KJM-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

       On August 9, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff requested a 30-day extension to file an amended complaint, ECF No. 25, which this court granted, ECF No. 29. Plaintiff filed a document the court construed as a second amended complaint. ECF No. 30.[1] However, the document contained no pleadings or allegations; and the magistrate judge then allowed plaintiff 30 days to refile. ECF No. 32. Plaintiff requested an additional 30 days, ECF No. 35, and the magistrate judge obliged, ECF No. 38.

---

[1] Although docketed as a first amended complaint, this filing was in fact the second. *See* ECF No. 19.

1

Given that plaintiff has never filed an amended complaint despite having been given ample time to do so, the court returns to the magistrate judge's initial recommendation to dismiss for lack of prosecution. The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 9, 2021, are adopted in full;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: March 3, 2022.

CHIEF UNITED STATES DISTRICT JUDGE